## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GINA KANE and<br>MARY DEATHERAGE,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>      Defendants. | Case No. 06-cv-0326-MJR<br>CONSOLIDATED WITH<br>Case No. 06-cv-0327-MJR |

### ORDER

**REAGAN, District Judge:**

On September 26, 2007, Vantage Homes, Inc., Vantage Homes of Illinois, LLC, and Vantage Development Co. moved this Court to make a good faith finding of settlement and dismissal as to Mary Deatherage's claims against themselves, the United States of America, Woolpert, Inc., and the City of Fairview Heights. On October 18, 2007, the Court granted the motion (Doc. 202). Therein, the Court dismissed the relevant claims and summarized the remaining claims in the case.

On October 19, 2007, Gina Kane objected to the summarization of the remaining claims against her, noting that on August 30, 2007, the Court granted Kane's motion for a finding of good faith settlement. In the August 30th Order, the Court dismissed "all claims against Counter-Defendant Kane, including any and all counterclaims for contribution" with prejudice (Doc. 182).

Accordingly, the Court **CLARIFIES** its October 18, 2007 Order (Doc. 202) as follows.

First, all claims dismissed in the Order (Doc. 202) were dismissed **with prejudice**.

1

Second, the Court reiterates that on August 31, 2007, Kane's counsel was directed to file a dismissal stipulation regarding the settlement reached on August 30 (Doc. 185). The stipulation was due on or before October 3, 2007. To date, no such stipulation has been filed. If the stipulation is not filed by **5 p.m. on Monday, October 29, 2007,** counsel for Kane will be required to appear at the final pre-trial conference on November 9, 2007 to show cause why sanctions ought not be imposed.

Finally, the Court **GRANTS** Kane's request (Doc. 203) and **FINDS** that pursuant to the August 30, 2007 Order (Doc. 182), all claims and counterclaims for contribution filed against Kane have in fact been dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED this 25th day of October 2007.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Court**