## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GINA KANE and<br>MARY DEATHERAGE,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 06-cv-0326-MJR<br>)  **CONSOLIDATED WITH**<br>)  Case No. 06-cv-0327-MJR<br>)<br>) |

### ORDER

**REAGAN, District Judge:**

On October 26, 2007, Michael J. Lach, counsel for the Vantage defendants, submitted a stipulation for dismissal of all remaining claims, counterclaims, and cross-claims raised by or against plaintiff Gina Kane. The stipulation was signed by counsel for each party remaining in the case.

Pursuant to the parties' stipulation of dismissal (Doc. 211), all claims by or against Gina Kane are hereby **DISMISSED with prejudice**, with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED this 29th day of October 2007.**

                                        s/ Michael J. Reagan
                                        **MICHAEL J. REAGAN**
                                        **United States District Court**